```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**SOUTHERN FARM BUREAU**
**CASUALTY INSURANCE COMPANY**                              **INTERPLEADER**

   **v.**      **Civil No. 10-5196**

**BRIAN WEST;**
**UNITED STATES OF AMERICA/**
**DEPARTMENT OF THE ARMY**                                  **DEFENDANTS**

### O R D E R

Now on this 15th day of March, 2011, comes on for consideration the parties' **Joint Motion to Distribute Settlement Funds (Doc. 15).** The Court, being well and sufficiently advised, finds and orders that the interpled funds in this case should be distributed pursuant to the parties' agreement.

**IT IS THEREFORE ORDERED** the Clerk of the Court is hereby directed to pay to Brian West and his attorneys, Nolan, Caddell & Reynolds, P.A., $15,878.47 plus accrued interest less a fee equal to ten percent (10%) of the interest earned on the deposit.

**IT IS FURTHER ORDERED** that the Clerk pay the United States Treasury $15,878.47 plus accrued interest less a fee equal to ten percent (10%) of the interest earned on the deposit.

The above checks should be delivered to counsel for the respective parties.

**IT IS FURTHER ORDERED** that, given that the parties have resolved their respective claims, this case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

>	**/s/ Jimm Larry Hendren**
>	**JIMM LARRY HENDREN**
>	**UNITED STATES DISTRICT JUDGE**